# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Western Division DOCKET NO. 5:11-CR-249-2BO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **Shawn D. Stamper** | ) | |

On this 2nd day of August, 2018, comes Amir A. Hunter, U.S. Probation Officer, who shows the court that Shawn D. Stamper appeared before the Honorable James C. Fox, Senior U.S. District Judge, on April 24, 2012, and upon a plea of guilty to Possession of a Stolen Firearm and Ammunition and Aiding and Abetting; Possession of a Firearm and Ammunition by a Person Convicted of a Misdemeanor Domestic Violence, was sentenced to 77 months in the custody of the Bureau of Prisons to be followed by a 36 month term of supervised release.

The defendant was released from custody on May 19, 2017, at which time the term of supervised release commenced. This case was reassigned to the Honorable Terrence W. Boyle, U.S. District Judge on June 25, 2017.

On October 27, 2017, a Sealed Motion for Revocation on Offender Under Supervised Release Supervision was filed and warrant for arrest was issued. The motion alleges the defendant was arrested and charged with Felony Witness Intimidation, Misdemeanor Cyberstalking and Misdemeanor Communicating Threats in Vance County, North Carolina. The defendant entered a plea of not guilty for these offenses, and on August 1, 2018 the defendant had a jury trial for the charge of Felony Witness Intimidation and was found not guilty. The misdemeanor offenses of Cyberstalking and Communicating Threats are still pending.

It now appears that the end of justice would best be served by vacating the motion for revocation issued on October 27, 2017, and continuing supervision under the original terms and conditions imposed in this case. The probation office will continue to monitor the disposition of these misdemeanor offenses and report any further violations immediately.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the motion for revocation and warrant issued for this defendant be vacated and declared void.

This the 2nd day of August, 2018

_____
Terrence W. Boyle
U.S. District Judge