UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shawn D. Stamper**                      **Docket No. 5:11-CR-249-2BO**

**Petition for Action on Supervised Release**

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn D. Stamper, who, upon an earlier plea of guilty to Possession of a Stolen Firearm and Ammunition and Aiding and Abetting, and Possession of a Firearm and Ammunition by a Person Convicted of Misdemeanor Domestic Violence, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 24, 2012, to the custody of the Bureau of Prisons for a term of 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Shawn D. Stamper was released from custody on May 19, 2017, at which time the term of supervised release commenced.

On June 19, 2017, the court was notified of the defendant testing positive for the use of cocaine, and his supervision was continued without modification.

On October 17, 2017, and October 27, 2017, the court was notified of the defendant being charged with Communicating Threats and Cyberstalking in Vance County, North Carolina. The defendant was ultimately found guilty of these charges, and he received credit for time served in state court.

On October 3, 2018, the court was notified of the defendant testing positive for the use of cocaine, and his supervision was continued without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 5, 2018, Stamper submitted a urinalysis test which again confirmed positive for the presence of cocaine. Stamper has been directed to participate in substance abuse treatment through Daymark Services, Henderson, North Carolina, in both group and individual counseling sessions. Furthermore, he was encouraged to consider in-patient treatment options in light of his continued struggles with cocaine. To address this continued non-compliant behavior, and in an effort to deter future illegal drug use, we are recommending that the defendant complete 30 days of curfew via electronic monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Shawn D. Stamper
Docket No. 5:11-CR-249-2BO
Petition For Action
Page 2

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8682
Executed On: November 21, 2018

## ORDER OF THE COURT

Considered and ordered this __23__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief U.S. District Judge